FILED

09/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0111

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0111

_____

JADA KU,

      Plaintiff and Appellant,

   v.                             O R D E R

GREAT FALLS PUBLIC LIBRARY,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Jada Ku, to all counsel of record, and to the Honorable John A. Kutzman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 29 2021